IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHON L. WOODS | ) |
| | ) |
| v. | ) NO. 3:05-1080 |
| | ) JUDGE CAMPBELL |
| KAREEM LOZER, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 82), to which no objections have been filed. The Court has reviewed the Report and Recommendation and the file.

The Report and Recommendation of the Magistrate Judge is adopted and approved. Plaintiff's remaining claims for excessive force against Defendants Lozer, Garner, Werbeck and Harris and his deliberate indifference claim against Defendant Munson will proceed to trial on May 15, 2007, as previously scheduled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE